UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60820-CIV-ZLOCH

HARRY CATTON,

        Plaintiff,

vs.                                    **DEFAULT FINAL JUDGMENT**

MODA DI ROMA d/b/a
MR. WATCH,

        Defendant.
                                    /

   THIS MATTER is before the Court upon Plaintiff Harry Catton's Motion For Entry Of Default Final Judgment (DE 6). As demonstrated by a Return Of Service on or about June 11, 2008, Defendant was duly served with a copy of the Summons and Complaint filed herein. DE 3. Said Defendant has failed to file an appropriate motion or responsive pleading within the time prescribed by law, and the Clerk of the United States District Court for the Southern District of Florida entered a Clerk's Default (DE 5) against it on July 11, 2008, which this Court has approved, adopted, and ratified.

   Accordingly, after due consideration, it is

   **ORDERED AND ADJUDGED** as follows:

   1. The Court has personal jurisdiction over the parties hereto and the subject matter herein;

   2. Plaintiff Harry Catton's Motion For Entry Of Default Final Judgment (DE 6) be and the same is hereby **GRANTED**;

   3. Pursuant to Federal Rules of Civil Procedure 55 and 58,

Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Harry Catton and against Defendant Moda Di Roma d/b/a Mr. Watch;

4. Plaintiff Harry Catton does have and recover from Defendant Moda Di Roma d/b/a Mr. Watch the amount of $1,000.00, together with interest thereon from the date of this Default Final Judgment at the rate of 2.25% per annum, for all of which let execution issue;

5. The Court shall entertain a separate Motion For Attorney's Fees that comports with the dictates of Local Rule 7.3(A) and is filed by noon Thursday, July 24, 2008;

6. The Court does not retain jurisdiction for any other purpose than the award of attorney's fees and costs; and

7. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished to:

All Counsel of Record

2